No. 92–7175. DeShields *v.* Love, Superintendent, State Correctional Institution at Huntingdon. C. A. 3d Cir. Certiorari denied.

No. 92–7177. Crumbley *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 92–7179. Bell Bey *v.* Brown et al. C. A. 6th Cir. Certiorari denied.

No. 92–7180. Cammack *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 92–7183. Tonwe *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 92–7189. Quesada *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 92–7190. Olson *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 92–7191. Richardson *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 92–7192. Moody *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 92–7194. Sullivan *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 92–7197. Reigle *v.* United States. Ct. App. D. C. Certiorari denied.

No. 92–7204. Bannerman *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 92–7205. Smith *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 92–7206. Harrill *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 92–7207. James *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 92–7208. Castro *v.* United States. C. A. 9th Cir. Certiorari denied.